■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES B. HORTON, JR., Appellant. [606 NYS2d 1018] —Judgment unanimously affirmed. Memorandum: Defendant knowingly, voluntarily and intelligently waived his right to appeal and has raised no issues that survive the waiver *(see, People v Callahan,* 80 NY2d 273). (Appeal from Judgment of Erie County Court, Rogowski, J.—Felony Driving While Intoxicated.) Present—Pine, J. P., Balio, Doerr, Boomer and Boehm, JJ.